IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRINA C. RIOS,

    Plaintiff,

v.                                  No. 13-cv-1071 WJ/SMV

PEAK PRESSURE CONTROL, LLC,

    Defendant.

## ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter at a conference held before the Court on February 27, 2014.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **March 29, 2014**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**