IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRINA C. RIOS,

    Plaintiff,

vs.                              No: 2:13-CV-01071-WJ/SMV

PEAK PRESSURE CONTROL, LLC,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THE COURT, having before it the parties' Joint Motion to Dismiss With Prejudice, FINDS that the Motion is well taken.

IT IS THEREFORE ORDERED that Plaintiff's Complaint against Defendant is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Submitted and approved by:

BEALL & BIEHLER

By: \_\_/s/ GREGORY L. BIEHLER_____
    Gregory L. Biehler, Esq.
    Attorneys for Defendant
    6715 Academy Road NE
    Albuquerque, NM 87109
    (505) 828-3600

Approved by:

JEFF DIAMOND LAW FIRM

By:   <u>approved via email 3/5/14</u>
      Greta B. Fischer, Esq.
      Attorneys for Plaintiff
      620 N. Grant Ave, Suite 903
      Odessa, TX 79761
      432-332-2700